G. R. PARBURT, Respondent, v. W. P. MONROE, Appellant.

No. 2301; April 9, 1859.

Appeal.—A Frivolous Appeal Manifestly Intended for Delay only calls for an affirmation of the judgment, with damages.

APPEAL from Fifteenth Judicial District, Colusa County.

Parburt for respondent; Raynard & Sanders for appellant.

TERRY, C. J.—This was a proceeding to foreclose a mortgage upon real estate. A demurrer to the complaint was inter-

posed and was properly overruled, and no answer having been filed within the time allowed by the court upon overruling the demurrer, a judgment was entered pursuant to the prayer of the complaint.

After a careful examination of the record, we are satisfied that the appeal is frivolous and was intended merely for delay; the judgment is therefore affirmed, with ten per cent damages.

I concur: Baldwin, J.